# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | | |
|---|---|---|
| Eric Lamont S., o/b/o Z.D.S., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:23-cv-0163 |
| Commissioner of Social Security, | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: The parties' Joint Motion to Remand (Doc. 10) is GRANTED. Judgment is entered in Plaintiff's favor and this matter is REMANDED to the Social Security Administration for further consideration pursuant to sentence four of 42 USC §405(g). This case is terminated.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Kimberly A. Jolson on a Motion for Remand

Date: 08/15/2023

CLERK OF COURT

*[signature]*

Signature of Clerk or Deputy Clerk